No. 95–151. KLAMATH TRIBE *v.* OREGON ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–334. VILLAGE OF NEW LEBANON ET AL. *v.* BUNCH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF BRAVARD. C. A. 6th Cir. Certiorari denied.

No. 95–335. NATIONAL ENGINEERING & CONTRACTING CO., INC., ET AL. *v.* REICH, SECRETARY OF LABOR. C. A. D. C. Cir. Certiorari denied.

No. 95–350. WUNDERLICH *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 95–351. KNOX COUNTY BOARD OF EDUCATION *v.* RYNES, BY HIS PARENT AND NEXT FRIEND, RYNES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–352. HOLIDAY INNS, INC. *v.* MCNEELY. C. A. 6th Cir. Certiorari denied.

No. 95–356. WOOTEN *v.* CAMPBELL ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–357. HOUSTON *v.* ALL SAINTS HEALTH SYSTEM, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–362. ROMBERG ET UX. *v.* NICHOLS ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–363. CORRIGAN ET AL. *v.* CITY OF NEWAYGO ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–367. KELES *v.* NEW YORK UNIVERSITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–369. ROSENBAUM *v.* ROSENBAUM. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–379. NEWKIRK, BY NEXT FRIENDS, NEWKIRK AND NEWKIRK, ET AL. *v.* FINK, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS COUNSELOR OF EAST LANSING PUBLIC SCHOOLS. C. A. 6th Cir. Certiorari denied.